RALPH E. MORSE *vs.* INHABITANTS OF WALDOBORO.

Lincoln County.  Decided July 12, 1924.  At the return term of the writ, the defendant, by general demurrer, questioned the sufficiency, in legal and technical form, of the setting out differently in several counts, of the cause of action on which the plaintiff would rely.

Whether the circumstances, as stated in any of the counts, if proved, would be justiciable, is the sole inquiry at this time.

The answer must be adverse to the defendant.  He took nothing by his demurrer.  Exceptions overruled.  *Harold R. Smith,* for plaintiff.  *Rodney I. Thompson,* for defendant.

---

INHABITANTS OF MINOT *vs.* INHABITANTS OF EAST MACHIAS.

Androscoggin County.  Decided July 12, 1924.  In a case heard by the Justice of the Superior Court for Androscoggin County without the intervention of a jury, presented in the Law Court upon exceptions to the ruling of the presiding Justice ordering judgment for plaintiff, which exceptions do not include a transcript of the evidence, the exceptions will not be sustained upon the ground that the stated findings of the Justice do not include all findings of fact necessary to support the action, in the absence of any request for such findings in accordance with Rule VI. of the trial court.  Exceptions overruled.  *Tascus Atwood,* for plaintiffs.  *Oscar Dunbar and Franklin Fisher,* for defendants.